In the Matter of Supplementary Proceedings: BETTY CROSNEY, as Administratrix with the Will Annexed of SAM BERNARD, Deceased, Judgment Creditor, Respondent, v. F. D'ONOFRIO, INC., Judgment Debtor, Appellant. FORTUNATO D'ONOFRIO and JOSEPH CUNEO, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

ROSE DEUTSCH, Appellant, v. JACOB DEUTSCH, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARTFORD FIRE INSURANCE COMPANY, Respondent, v. J. S. WALD & CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of PHILIP KLEIN, as Treasurer of Radio Union Local B-1010 of the International Brotherhood of Electrical Workers, Petitioner, for an Order, in Accordance with Section 1450 of the Civil Practice Act, Directing that an Arbitration Proceed under the Contract between Said Union and PRESTO RECORDING CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ISIDORE COHEN, Respondent, v. SIDNEY LAUTERSTEIN, Doing Business under the Firm Name and Style of SIDNEY STORE EQUIPMENT Co., Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted upon payment of taxable costs and disbursements to date. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: CAROLYN FRANKLIN, Judgment Creditor, Respondent, v. RAYMOND H. FRANKLIN, Judgment Debtor, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [176 Misc. 612.]

MARY B. HARTSHORNE, Respondent, v. HAROLD HARTSHORNE, Appellant.— Order unanimously modified by reducing the amount of counsel fees and expenses to the sum of fifty dollars, and as so modified affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ISMAY CODRINGTON and ERNEST F. CODRINGTON, Respondents, v. AUBRE DE L. MAYNARD, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied in toto. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROBERT JAMISON, Appellant, v. CITY OF NEW YORK, Respondent.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL SAWYER, Appellant, v. JOSEPH ALEXANDER and Others, Respondents. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.